Name and address:

Reshma Kamath, State Bar No. 333800
P.O. Box 2792, Yuma, Arizona 85366
Phone (650)-257-0719 E-mail: reshmakamath2021@gmail.com
Counsel for Plaintiff Shaji Mohandas, and Lekha Shaji.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Shaji Mohandas et al | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF(S) | 2:21-cv-03349-JAK-PD |
| v. | | |
| Wells Fargo Bank, N.A. et al | | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |
| | DEFENDANT(S) | |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: David Griffin                                              CA Bar Number: 76619

Firm or agency:  Griffin Group

Address:  306 West El Norte Parkway

Telephone Number:  619 222 0888                       Fax Number:

E-mail: drg@drgesq

Counsel of record for the following party or parties:  Lekha Shaji, and Shaji Mohandas

Other members of the same firm or agency also seeking to withdraw:

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☑ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Reshma Kamath
CA Bar Number: State Bar No. 333800
Firm or agency:
Address: P.O. Box 2792, Yuma, Arizona 85366
Telephone Number: Phone (650)-257-0719
Fax Number:
E-mail: E-mail: reshmakamath2021@gmail.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 07/10/21
Signature: *[signature]*
Name: David Griffin

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: July 09, 2021
Signature: *Reshma Kamath*
Name: Reshma Kamath

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☑ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: 07/09/2021
Signature: /S/ Mohandas Shaji
Name: Mohandas Shaji
Title: Plaintiff