1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJI MOHANDAS AND LEKHA SHAJI, | No. 2:21-cv-03349-JAK (PDx) |
| Plaintiffs, | **JUDGMENT** |
| v. | **JS-6** |
| WELLS FARGO BANK, N.A., AND DOES 1 to 50, INCLUSIVE, | |
| Defendants. | |

1

**JUDGMENT IS HEREBY ENTERED** as follows:

1. The Third Amended Complaint is dismissed as to all causes of action with prejudice.
2. Judgment is entered in favor of Defendant Wells Fargo Bank, N.A., and against Plaintiffs Shaji Mohandas and Lekha Shaji.
3. Plaintiffs Shaji Mohandas and Lekha Shaji shall recover nothing in this action from Defendant Wells Fargo Bank, N.A.

**IT IS SO ORDERED.**

Dated: December 8, 2023

John A. Kronstadt
United States District Judge